COMMONWEALTH of Pennsylvania,
Respondent

v.

Robert J. KEARNS, Petitioner

No. 851 MAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael CHESTNUT, Petitioner

No. 524 EAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jahmir HARRIS, Petitioner

No. 506 EAL 2016

Supreme Court of Pennsylvania.

April 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of April, 2017, the Petition for Allowance of Appeal is DENIED.